IN THE MATTER OF HILDA PETER, BY HER GUARDIAN,
EBERHARD JOHANNING.

July 11, 1986.

Certification to the Office of the Ombudsman for the Institutional Elderly is granted.

P.T. & L. CONSTRUCTION COMPANY, INC. v. STATE OF
NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

July 15, 1986.

Petition for certification granted.

P.T. & L. CONSTRUCTION COMPANY, INC. v. STATE OF
NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

July 15, 1986.

Cross-petition for certification granted.